FILED
CLERK, U.S. DISTRICT COURT

NOV - 3 2011

CENTRAL DISTRICT OF CALIFORNIA
BY                              DEPUTY

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

11-2652M

| | |
|---|---|
| UNITED STATES OF AMERICA, | ) |
| Plaintiff, | ) ORDER OF DETENTION AFTER |
| v. | ) HEARING ( Fed.R.Crim.P. 32.1(a)(6) |
| | ) Allegations of Violations of Probation |
| Sylvester Gay | ) Supervised Release) |
| | ) Conditions of Release) |
| Defendant. | ) |

In this case involving alleged violations of conditions of probation or supervised release, the Court finds no condition or combination of conditions that will reasonably assure:

    (A)  (X)   the appearance of defendant as required; and/or

    (B)  (X)   the safety of any person or the community.

//

//

The Court concludes that :

A.  (✓)  Defendant poses a risk to the safety of other persons or the community because defendant has not demonstrated by clear and convincing evidence that:

_Prior Crim Record_

(B)  (✗)  Defendant is a flight risk because defendant has not shown by clear and convincing evidence that:

_No Bail Resources_
_Prior FTA_

IT IS ORDERED that defendant be detained.

DATE: Nov 3, 2011

_____
MICHAEL R. WILNER
UNITED STATES MAGISTRATE JUDGE